AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 15 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

United States of America  
v.  
JETHRO BROWN  )  
)  Case No:  1:10cr102HSO-RHW-001  
)  
)  USM No:  15970-043  
Date of Original Judgment:   02/03/2012   )  
Date of Previous Amended Judgment: _____  )  Michael Scott  
*(Use Date of Last Amended Judgment if Any)*  Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/03/2012   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  8/15/2016

Effective Date:  8/15/2016  
*(if different from order date)*

Judge's signature

Halil Suleyman Ozerden    U.S. District Court Judge  
Printed name and title